UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alex Fraga

    v.                                  Case No. 22-cv-338-LM

FCI Berlin, Warden

ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 20, 2023.  For the reasons explained therein, the Warden's motion for summary judgment (Doc. No. 6) is granted.

    "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk is directed to enter judgment and close the case.

                                              _____
                                              Landya B. McCafferty
                                              Chief Judge

Date: August 9, 2023

cc: Alex Fraga, pro se
Seth R. Aframe, Esq.